# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CEDRIC KILLEBREW, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NOS. 2:03cv0943-D |
| | ) | WO        (Lead case) |
| **CSX TRANSPORTATION, INC.,** | ) | 2:03cv1284-D |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| **SHONITA L. TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.  2:04cv960-D |
| | ) | |
| **CSX TRANSPORTATION, INC.,** | ) | |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon CONSIDERATION of the Trustee's Motion to Dismiss Party Plaintiff (Doc. No. 134), it is ORDERED that said Motion be and the same is hereby GRANTED and that Curtis Reding, Jr., as the trustee in bankruptcy for the estate of Cedric Killebrew, be and he is hereby DISMISSED as a party plaintiff in the above-styled proceedings.

DONE this 19th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE