IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC KILLEBREW, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NOS. 2:03cv0943-D |
| | ) |       WO     (Lead case) |
| CSX TRANSPORTATION, INC., | ) | 2:03cv1284-D |
| | ) | |
|    Defendant. | ) | |

_____

| | | |
|---|---|---|
| SHONITA L. TAYLOR, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.  2:04cv960-D |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of CSX Transportation, Inc.'s Motion for Withdrawal of Standing Reference (Doc. No. 98), and the Responses submitted in opposition thereto by Curtis Reding, Jr., and Cedric Killebrew (Doc. No. 104-05), it is ORDERED that said Motion be and the same is hereby DENIED.

DONE this 19th day of July, 2005.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE